UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH DUANE MANNING, | ) | |
| Plaintiff, | ) | 2:12-cv-0174-JCM-CWH |
| vs. | ) | |
| STATE OF NEVADA, | ) | **ORDER** |
| Defendant. | ) | |

This is a civil rights action submitted by the plaintiff, Kenneth Duane Manning along with an application to proceed in forma pauperis. However, under 28 U.S.C. § 1915(g), Manning has been banned from filing actions *in forma pauperis* unless he can show he is in imminent danger of serious physical injury. *See* Manning v. Baca, 3:06-cv-00422-LRH-VPC. Manning's complaint is against the State of Nevada alleging that he is being denied the "right to marry the same sex and to enguage [sic] in sexual relations in private" in violation of his First and Fourteenth Amendment rights. The allegations include no indication that he is in imminent danger of serious physical harm and raise no issues about his physical well-being. Thus, the application to proceed in forma pauperis shall be denied and plaintiff will be required to pay the full $350 filing fee or the complaint and this action shall be dismissed without prejudice.

**IT IS THEREFORE ORDERED** that plaintiff's application to proceed *in forma*

*pauperis* (ECF No. 1) is **DENIED**.

   **IT IS FURTHER ORDERED** that plaintiff shall have until, and including, **April 30, 2012**, to either (1) pay the $350 filing fee for this action, or (2) submit an amended complaint showing that he is in imminent danger of serious physical injury.  If plaintiff fails to do one or the other in the time allowed, this action will be dismissed and judgment entered against plaintiff.

   **IT IS FURTHER ORDERED** that if plaintiff, while incarcerated, seeks to proceed *in forma pauperis* in any new case in federal court, he shall attach a copy of this order to his application to proceed *in forma pauperis*, or he shall plainly inform the court in such application that he has been held subject to the restrictions of 28 U.S.C. § 1915(g).

   **IT IS FURTHER ORDERED** that the clerk of court shall **SEND** a copy of this order to the attorney general of the State of Nevada.

Dated  April 11, 2012.

_____
UNITED STATES DISTRICT JUDGE

2