UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH DUANE MANNING,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA,<br><br>    Defendant. | 2:12-cv-0174-JCM-CWH<br><br>**ORDER** |

This is a civil rights action submitted by the plaintiff. The matter was dismissed when plaintiff, who is a three strikes plaintiff under 28 U.S.C. § 1915(g), failed to pay the filing fee or show that he was in imminent danger of physical harm. Eight months thereafter, plaintiff filed a motion for review (ECF No. 6) and a motion to move the case to a different "courtroom" (ECF No. 7). Plaintiff's motions are bare requests unsupported by facts or law. They shall, therefore, be **denied**. LR 7-2(a). The clerk is further directed to **not accept for filing** in this matter any other documents submitted by plaintiff, **except a proper notice of appeal**.

    **IT IS SO ORDERED.**

    Dated January 8, 2013.

                                                                                              UNITED STATES DISTRICT JUDGE