1
2
3
4
5
6
7                          **UNITED STATES DISTRICT COURT**
8                              **DISTRICT OF NEVADA**
9
10   KENNETH DUANE MANNING,                )
                                           )
11              Plaintiff,                 )          2:12-cv-0174-JCM-CWH
                                           )
12   vs.                                   )
                                           )          **ORDER**
13   STATE OF NEVADA,                      )
                                           )
14              Defendant.                 )
     _____/
15
16              This is a civil rights action submitted by the plaintiff.  The matter was dismissed

17   when plaintiff, who is a three strikes plaintiff under  28 U.S.C. § 1915(g), failed to pay the filing fee

18   or show that he was in imminent danger of physical harm.  Eight months thereafter, plaintiff filed a

19   motion for review (ECF No. 6) and a motion to move the case to a different "courtroom" (ECF No.

20   7).  Plaintiff's motions are bare requests unsupported by facts or law.  They shall, therefore, be

21   **denied**.  LR 7-2(a).  The clerk is further directed to **not accept for filing** in this matter any other

22   documents submitted by plaintiff, **except a proper notice of appeal**.

23              **IT IS SO ORDERED.**

24              Dated January 8, 2013.

25

26                                                    _____
                                                      UNITED STATES DISTRICT JUDGE